# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LEVI VAUGHN WOLFFEN WISE**                                                  **PLAINTIFF**

V.                          CASE NO. 4:16-CV-00764 BRW/BD

**MIKE MOORE, et al.**                                                         **DEFENDANTS**

## ORDER

On October 19, 2016, Plaintiff Levi Vaughn Wolfen Wise, a detainee held in the Boone County Jail ("Jail"), filed this civil rights case under 42 U.S.C. § 1983. (Docket entry #2)  All of Mr. Wise's claims arose out of an incident that occurred at the Jail, and all Defendants work at the Jail.  (#2)

Boone County lies within the Western District of Arkansas.  The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a).  The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Harrison Division, J. Smith Henley Federal Building, 402 North Walnut Street, Harrison, Arkansas, 72601-3630.

IT IS SO ORDERED, this 26th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE